CHICAGO, R. I. & P. R. CO. v. KRUMM.

No. 34590. Feb. 24, 1953.

*254 P. 2d 342.*

Savage, Gibson & Benefield, by Wayne B. Snow, Oklahoma City, and Roberson & Roberson, El Reno, for plaintiff in error.

Fogg, Fogg & Fogg, El Reno, for defendant in error.

PER CURIAM. This case was consolidated for trial in the district court of Canadian county with the case of Chicago, R. I. & P. R. Co. v. Hale, 208 Okla. 141, 254 P. 2d 338, No. 34589, and the points involved in this appeal are identical with the points raised in case No. 34589, the only difference being that the defendant in error in this appeal was the owner of the land on which the alfalfa was grown. In case No. 34589, Leonard E. Hale, defendant in error, was the lessee under an agricultural lease of the same land. The opinion promulgated in the latter case is applicable to this appeal, and the opinion in that case is hereby adopted as the opinion in this appeal.

The judgment of the trial court is affirmed.

This court acknowledges the services of Attorneys E. E. Bailey, F. Hiner Dale and Wade H. Loofburrow, who as Special Masters aided in the preparation of this opinion. These attorneys were recommended by the Oklahoma Bar Association, approved by the Judicial Council, and appointed by the court.

JOHNSON, V.C.J., and WELCH, CORN, ARNOLD, O'NEAL, WILLIAMS, and BLACKBIRD, JJ., concur. HALLEY, C.J., dissents.